FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Aug 27 2025

KEVIN P. WEIMER , Clerk

By: B. Evans
        Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

Cesar Morales

Case Number:  1:25-MJ-898

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about August 26, 2025 in Clayton County, in the Northern District of Georgia, defendant, while on an aircraft in the special maritime and territorial jurisdiction of the United States, that is, aboard Delta Air Lines Flight 1831, did knowingly engage in, and did attempt to engage in, a sexual act, as defined in Title 18, United States Code, Section 2246(2), with a child who had not attained the age of 12 years,

in violation of Title 49, United States Code, Section 46506(1), and Title 18, United States Code, Section 2241(c).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    Yes

*Robert Mathews*

Signature of Complainant
Robert Mathews

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

August 27, 2025                                              at    Atlanta, Georgia

Date                                                                          City and State

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer                    Signature of Judicial Officer
AUSA Paul R. Jones
Paul.Jones@usdoj.gov

## I.  <u>AFFIDAVIT</u>

I, Robert Mathews, being duly sworn, declare and state as follows:

## II.  PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint charging Cesar Morales with violating Title 49, United States Code, Section 46506(1), in that while he was an individual on an aircraft in the special maritime and territorial jurisdiction of the United States, he violated Title 18, United States Code, Section 2241(c), in that Cesar Morales did knowingly engage in, and did attempt to engage in, a sexual act, as defined in Title 18, United States Code, Section 2246(2), which a child who had not attained the age of 12 years.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest of and does not purport to set forth all of my knowledge of the investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

1

### III. BACKGROUND OF FBI SPECIAL AGENT ROBERT MATHEWS

3. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since March 2002.  I am assigned to the Airport Squad at Hartsfield-Jackson Atlanta International Airport and as part of my duties and responsibilities I investigate violations of federal law that occur within the airport environment and aboard aircraft. My experience includes investigating criminal and national security violations of the United States Criminal Code which includes interviewing victims, subjects, and witnesses, gathering documents, analyzing video footage, assisting with the execution of search warrants, assisting with the execution of arrest warrants, conducting surveillance, and serving grand jury subpoenas.  I have received training throughout my career in all aspects of investigations and specifically the violations worked by the FBI while attending the FBI Special Agent Academy in Quantico, Virginia

4. My experience includes interviewing victims, subjects, and witnesses, gathering documents, analyzing video footage, assisting with the execution of search warrants, assisting with the execution of arrest warrants, conducting surveillance, and serving grand jury subpoenas.  I also received training in complex investigations while attending the FBI Special Agent Academy in Quantico, Virginia.

2

## IV.    SUMMARY OF PROBABLE CAUSE

5. On August 27, 2025, Minor Victim ("MV") was aboard Delta Air Lines Flight 1831 which departed from Guatemala City, Guatemala, enroute to Hartsfield-Jackson Atlanta International Airport ("HJAIA").

6. After the flight landed at HJAIA, MV was interviewed. MV stated that she is 8 years of age. MV further stated that she was sitting next to Cesar Morales in row 34 of the aircraft, when Morales attempted to distract her by drawing her attention to the screen in front of MV.  While attempting to draw her attention to the screen, Morales began rubbing his hand on the outside of the clothing of MV in her private vaginal area.  Morales continued to rub his hand in MV's private vaginal area and did place his hand inside her pants and underwear where his hand made contact with her vagina. Morales did also place his hand under MV's shirt and made direct contact with MV's breasts.

7. MV felt uncomfortable and requested to use the restroom.  MV, while approaching the restroom, encountered a Delta Flight Attendant and stated she had been touched by Morales in her vaginal and breast private area.  The flight attendant had MV sit away from Cesar Morales for the remainder of the flight.

3

8. Using her tablet, MV did take photos of Morales' hand in and around her groin area.

### V.    CONCLUSION

8. For all the reasons described above, there is probable cause to believe that Cesar Morales, an individual on an aircraft in the special maritime and territorial jurisdiction of the United States, that is, aboard Delta Air Lines Flight 1831, has violated Title 18, United States Code, Section 2241(c), in that Cesar Morales did knowingly engage in, and did attempt to engage in, a sexual act, as defined in Title 18, United States Code, Section 2246(2), with a child, MV, who had not attained the age of 12 years, in violation of Title 49, United States Code, Section 46506(1).