IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

Cesar Morales

Criminal Action No.

1:25-CR-429-VMS-CCB

**Government's Motion for Leave to File Dismissal**

It appearing in the above-styled case, that by the authority of the undersigned, of the Indictment, filed September 23, 2025, charging violation of 49 U.S.C. 46506(1) and 18 U.S.C. §§ 2241(c) and 2244(a)(5), the indictment is dismissed as to Cesar Morales and Movant prays leave of Court to file the same.

Respectfully submitted,

THEODORE S. HERTZBERG
   *United States Attorney*

*Paul R. Jones*

By:  PAUL R. JONES
    *Assistant United States Attorney*
    Georgia Bar No. 402617
    Paul.Jones@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

_____

**Order**

Now, to-wit, on the __17th__ day of July, 2026, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

VICTORIA M. CALVERT
UNITED STATES DISTRICT JUDGE